OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00338-CR

PD-0195-15

5/27/2015

CARNEY, CHAD ALAN    Tr. Ct. No. F1219065

This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until May 1, 2015. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 2 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *